FUN FAIR PARK, INC. et al., v. FRANCIS URSINI et al. FUN FAIR PARK, INC., et al., v. GABOR HOLDING CORPORATION et al.— Motion to dismiss appeals granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before January 5, 1960, with notice of argument for the February 1960 Term of this court, said appeal to

be argued or submitted when reached.  Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.